# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2133 NORTH PIERCE AVENUE<br>SPRINGFIELD, MISSOURI | )<br>)<br>) Case No. 17-SW-2097 DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Missouri____
*(identify the person or describe the property to be searched and give its location)*:

2133 NORTH PIERCE AVENUE, SPRINGFIELD, MISSOURI, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____Nov. 24, 2017____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Honorable David P. Rush____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11/9/17 at 11:16 a.m.__    _/s/ David P. Rush_
                                                                         *Judge's signature*

City and state: __Springfield, Missouri__    __David P. Rush, U.S. Magistrate Judge__
                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/15/2017 0745 AM | Copy of warrant and inventory left with: WILLIAM ETHRIDGE |
| Inventory made in the presence of: WILLIAM ETHRIDGE | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED FD-597. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2017

*Executing officer's signature*

JEFFREY BURNETT, TFO FBI
*Printed name and title*

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305I-KC-2226654

On (date) 11/15/17

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) William Ethridge
(Street Address) 2133 N. Pierce Ave.
(City) Springfield, MO 65802

Description of Item(s):

Living Room →
(1) LG VS 991  #089712333 402 187621
(2) Asus laptop K53U  S/N K53U-YH21  Living room
(3) HP laptop 2000  S/N - N/A  Living Room
(4) Blackberry 8330  LGARBV20CW - Bedroom closet

Living Room toy bin →
(5) Go gear vibe 4gb  S/N RK1A0945033466
" (6) Samsung SGH-T639  IMEI 355245 01 053028
" (7) Nokia RN162  IMEI 3548 29 01 119 400
" (8) (Verizon) LG VN150 PP  S/N 202CYTB091229

Shelf below TV
(9) Samsung SPH-M390  Hex A00000 396B1D4A
(10) Custom built tower RT14 - N/A - Living Room

Received By: [signature] TFO FBI

Received From: x Wm E [signature]